```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION

TONY LUCIBELLO,

                    Plaintiff,

vs.                                Case No.   2:05-cv-274-FtM-33DNF

GULF COAST ENERGY, L.L.C., a
Florida limited liability company,

                    Defendant.
_____
```

**ORDER**

This matter comes before the Court on Defendant Gulf Coast Energy, L.L.C.'s Motion to Dismiss and/or for More Definite Statement of Plaintiff's Complaint (Doc. #9) filed on August 9, 2005.  Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a magistrate judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such motion.  For purposes of judicial economy and in order to expedite the disposition of Defendant's motion, the Court shall so refer the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Gulf Coast Energy, L.L.C.'s Motion to Dismiss and/or for More Definite Statement of Plaintiff's Complaint (Doc. #9) is hereby **referred** to Douglas N. Frazier, United States Magistrate Judge, for

the issuance of a Report and Recommendation, including any hearings, motions, and deadlines related thereto.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 12th day of August, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record