```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

TONY LUCIBELLO,

                Plaintiff,

vs.                                Case No. 2:05-cv-274-FtM-33DNF

GULF COAST ENERGY, L.L.C., a
Florida limited liability company,

                Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. # 16), entered on August 30, 2005, recommending that Gulf Coast's Motion to Dismiss and/or for More Definite Statement of Plaintiff's Complaint (Doc. # 9) be denied.

As of this date, neither party has filed an objection to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review

factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(c).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. # 16), entered on August 30, 2005, recommending that Gulf Coast's Motion to Dismiss and/or for More Definite Statement of Plaintiff's Complaint (Doc. # 9) be denied is **ACCEPTED** and **ADOPTED**.

(2) Gulf Coast's Motion to Dismiss and/or for More Definite Statement of Plaintiff's Complaint (Doc. # 9) is **DENIED.**

(3) Gulf Coast shall have twenty days from the date of this order to file an answer to Plaintiff's complaint.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 19th day of September, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record